# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| United States of America, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 18-cr-332-1 |
| John Hummons, ) | Judge Sharon Johnson Coleman |
| Defendant. ) | |

## MEMORANDUM OPINION AND ORDER

Pretrial conference held on June 17, 2021. The Court heard arguments on the government's motions in limine. The consolidated motions [164] are granted in part and reserved in part as set forth below. The Court's rulings are without prejudice unless otherwise noted. The Court further notes that, at the pretrial conference, defense counsel reserved further argument for trial, if necessary.

**Statement**

Government's motion in limine no. 1 to elicit certain information concerning *United States v. John Hummons*, 12CR887 (N.D. Ill.) is granted without objection.

Government's motion in limine no. 2 to admit Chicago's Office of emergency Communications event queries pursuant to Federal Rule of Evidence 803(6) is granted without objection.

Government's motion in limine no. 3 to admit business records, including surveillance videos pursuant to Rules 902(11) and 902(14) is granted without objection.

Government's motion in limine no. 4 to permit impeachment of defendant with prior convictions is reserved for trial.

1

Government's motion in limine no. 5 to preclude evidence or argument relating to an alibi is granted without objection.

Government's motion in limine no. 6 to recall FBI Special Agent Dustin Gourley pursuant to Rule 611(a) is granted without objection.

Government's motion in limine no. 7 to preclude evidence and argument designed to elicit jury nullification is granted without objection.

Government's motion in limine no. 8 to preclude comments about discovery is granted without objection.

**IT IS SO ORDERED.**

Date: 7/14/2021

Entered: _____
SHARON JOHNSON COLEMAN
United States District Judge