UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 18 CR 332-1 |
| v. | ) | |
| | ) | Judge Sharon Johnson Coleman |
| JOHN HUMMONS | ) | |

## FINAL ORDER OF ABANDONMENT

This cause comes before the Court on motion of the United States for entry of a final order of abandonment as to specific property pursuant to the provisions of Title 28, United States Code, Section 1651 and Title 41, Code of Federal Regulations, Section 128-48.1, and the Court being fully informed hereby finds as follows:

(a)    On August 1, 2019, a superseding indictment was returned charging JOHN HUMMONS with conspiring with others to obstruct, delay and affect commerce by robbery while on pre-trial release, in violation of 18 U.S.C. §§ 1951(a) and 3147 (Count 1); obstructing, delaying and affecting commerce by robbery, in violation of 18 U.S.C. § 1951(a) (Counts 2, 4, 5, 6, 8, 10, 12, 14, and 16); using, carrying, and brandishing a firearm during and in relation to a crime of violence, in violation of 18 U.S.C. § 924(c) (Counts 3, 5, 7, 9, 11 13, 15, and 17); and being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1) (Count 18).

(b)    The superseding indictment sought forfeiture to the United States of certain property pursuant to the provisions of 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

(c)    On July 26, 2021, pursuant to Fed. R. Crim. P. 11, defendant JOHN HUMMONS entered a voluntary plea of guilty to Counts Four, Five and Eighteen of the superseding indictment, admitting his involvement in certain offenses.

(d)    On February 4, 2022, this Court entered a preliminary order of abandonment in which all right, title, and interest defendant JOHN HUMMONS had in the foregoing property was

ordered abandoned to the United States for disposition according to law pursuant to the provisions of 28 U.S.C. § 1651 and 41 C.F.R. § 128-48.1.

(e)     Pursuant to the provisions of 41 C.F.R. § 128-48.102-1, the United States posted notice of its intention to dispose of the foregoing property on an official government internet site for at least 30 days beginning on February 6, 2022.

(f)     The preliminary order of abandonment was served pursuant to the district court's ECF system as to ECF filers.

(g)     To date, no petitions have been filed requesting a hearing to adjudicate any interest in the foregoing property, and the time in which to file a request for a hearing has expired.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED:

1.     That, pursuant to the provisions of 28 U.S.C. § 1651 and 41 C.F.R. § 128-48.1, all right, title and interest of JOHN HUMMONS and any other third party in one Arminius HW7S .22 caliber revolver bearing serial number 251346, is hereby relinquished and abandoned to the United States of America for disposition according to law;

2.     That, pursuant to the provisions of 28 U.S.C. § 1651 and 41 C.F.R. § 128-48.3, following entry of this order, the United States of America shall have clear title to the foregoing property and shall dispose of the property according to law;

3.     That, this Court shall retain jurisdiction in this matter to take additional action and enter further orders as necessary to implement and enforce this forfeiture order.

SHARON JOHNSON COLEMAN
United States District Judge

DATED:  4/11/2022

2